**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00538-CV**

_____

**FLOYD ABSTON AND GISELE ABSTON, Appellants**

**V.**

**CAPITAL ONE, N.A., Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 13-12-12837 CV**

**ORDER**

The Court has received a notice of filing of a notice of removal in the United States District Court for the Southern District of Texas. The Court recognizes that the cause has been removed to the federal courts. The appeal will be abated for administrative purposes only, and will be treated as a closed case unless reinstated by proper motion filed after remand to state court.

ORDER ENTERED January 2, 2014.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.

1